**George SASSOWER, Appellant**

v.

**Richard L. THORNBURGH, Attorney General, et al., Appellees.**

**No. 10–5233.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 19, 2010.

Rehearing En Banc Denied Dec. 27, 2010.

George Sassower, White Plains, NY, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge; and ROGERS and GRIFFITH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered June 25, 2010 be affirmed. The district court did not abuse its discretion in denying appellant's motion for relief under Fed.R.Civ.P. 60(b). *See Twelve John Does v. District of Columbia,* 841 F.2d 1133, 1138 (D.C.Cir. 1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.